**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pearl Esther Biscoe-Lowe,<br><br>        Plaintiff,<br>   vs.<br><br>State of Arizona Department of<br>Corrections health Services,<br><br>        Defendant. | No. CV-06-2457-PHX-PGR (MEA)<br><br>ORDER |

The parties having filed a Stipulation for To Dismiss Case With Prejudice (doc. #37) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 13th day of December, 2007.

Paul G. Rosenblatt
United States District Judge